# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUNEVA MEDICAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>YECC SKIN INC., BOK SOON CHOI, JOONG YOUNG PARK, M.D., and BUN BRIAN SIU, M.D.,<br><br>Defendants. | Case No.: 8:18-cv-2311-JLS-KES<br><br>**STIPULATED PERMANENT INJUNCTION** |

The Court has reviewed the Stipulation for Entry of Judgment On Action and Dismissal of Action ("Stipulation") of Plaintiff SUNEVA MEDICAL, INC., and defendants YECC SKIN INC., BOK SOON CHOI, JOONG YOUNG PARK, M.D., and BUN BRIAN SIU, M.D., (collectively the "Parties"). (Doc. 15.) The Parties have stipulated to the entry of this Permanent Injunction. (*Id.*)

Therefore, the Court HEREBY ORDERS THAT:

Defendants YECC SKIN INC., BOK SOON CHOI, JOONG YOUNG PARK, M.D., and BUN BRIAN SIU, M.D (collectively "Defendants"), and those acting in concert with them, are hereby prohibited from purchasing, using, administering, advertising, promoting and/or selling Bellafill® ("Bellafill"), or any other fat or platelet rich plasma (PRP) processing or transfer device or instrument manufactured or marketed by Plaintiff (collectively "other Suneva Products").

Defendants are prohibited from acting individually and also prohibited from acting on behalf of any facility or clinic associated with any other Defendant, unless and until such time as such Defendant or the associated facility or clinic is accepted as a customer of and authorized in writing by Plaintiff, at Plaintiff's sole discretion, to purchase, use, advertise, promote and sell Bellafill, or other Suneva Product(s) as the case may be.

Each Defendant is hereby ordered, within three (3) court days of issuance of this Permanent Injunction, to remove from the Internet and, to the extent reasonably practical, from other forms of advertising or promotion, any currently existing claim or suggestion that SoHo MedSpa, or any other facility or clinic associated with such Defendant, is an authorized retailer of Bellafill and/or is able to sell or administer Bellafill injections to consumers.

Each Defendant is hereby ordered, within three (3) court days of this Court's issuance of this Permanent Injunction, to return to Plaintiff all unused Bellafill product, or certify to Plaintiff under oath that such Defendant has destroyed all unused Bellafill product in their custody or possession.

This Court retains jurisdiction to enforce the terms and conditions of this Permanent Injunction. In any such proceeding, Plaintiff may seek any remedies provided by law for failure to comply with this Order.

**IT IS SO ORDERED.**

Dated: March 06, 2019

_____
Josephine L. Staton
UNITED STATES DISTRICT JUDGE