JS-6

NOTE: CHANGES MADE BY THE COURT

> The Court has revised the proposed Order to effectuate the expressed intent of the parties, which is to dismiss the present action with prejudice, subject to the terms and conditions of the Permanent Injunction issued by the Court on March 6, 2019, and subject to the Court's continuing jurisdiction to enforce the Permanent Injunction.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUNEVA MEDICAL, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YECC SKIN INC., BOK SOON CHOI, JOONG YOUNG PARK, M.D., and BUN BRIAN SIU, M.D.,<br><br>　　　　Defendants. | Case No.: 8:18-cv-2311-JLS-KES<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Amended Stipulation ("Stipulation") of Plaintiff SUNEVA MEDICAL, INC., and defendants YECC SKIN INC., BOK SOON CHOI, JOONG YOUNG PARK, M.D., and BUN BRIAN SIU, M.D., (collectively the "Parties") and pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT:

Subject to the Permanent Injunction issued by the Court on March 6, 2019 (Doc. 17), Plaintiff's claims in this action are hereby dismissed with prejudice. Each party is to bear his, her, or its attorney fees, costs, and expenses.

This Court retains jurisdiction to enforce the terms and conditions of the Permanent Injunction.

All parties have waived the right to appeal the Permanent Injunction and this Order of Dismissal.

**IT IS SO ORDERED.**

Dated: March 25, 2019

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE